JAMES BLAKE, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued June 3, 1952; decided July 15, 1952.

*Samuel Brill* and *Isidor Sachs* for appellant.

*Denis M. Hurley, Corporation Counsel (Edward J. McLaughlin* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.